IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CR-00437-LSC-TDT |
| vs. | ) | |
| | ) | ORDER |
| ROY J. CHANDLER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's unopposed motion to continue trial (#17). Upon the representation that counsel require additional time to conduct plea negotiations,

**IT IS ORDERED** that the motion to continue trial (#17) is granted, in part, as follows:

1. The jury trial now set for **March 1, 2011 to March 22, 2011**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **March 1, 2011 and March 22, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Defendant shall file an affidavit or declaration regarding speedy trial, in compliance with NECrimR 12.1(a), no later than March 1, 2011.

**DATED February 17, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**